**Order filed June 30, 2016**



In The

# Fourteenth Court of Appeals

———————

NO. 14-16-00344-CR

———————

**CARLOS SALINAS-BEAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 8
Harris County, Texas
Trial Court Cause No. 1991378**

## ORDER

The clerk's record was filed May 25, 2016. Our review has determined that a relevant item has been omitted from the record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County Clerk is directed to file a supplemental clerk's record on or before **July 11, 2016**, containing:

1. Carlos Salinas-Beas' application for writ of habeas corpus;

2. Any response, reply, or hearing transcript relating to the application for writ of habeas corpus; and

3. Order granting application for writ of habeas corpus, signed April 13, 2016

If a requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

PER CURIAM